1  ROBERT P. HENK State Bar No.: 147490
   SHERI LEONARD State Bar No.: 173544
2  HenkLeonard
   A Professional Law Corporation
3  735 Sunrise Avenue, Suite 160
   Roseville, CA 95661
4  Telephone:    (916) 787-4544
   Fax:          (916) 787-4530
5  Email: Henkleonard@aol.com
   Attorneys for Plaintiff
6  Mark Richards

7

8  HOWARD L. MAGEE State Bar No.: 185199
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
9  633 West Fifth Street, Suite 5300
   Los Angeles, California  90071
   Telephone:    (213) 239-9800
10 Facsimile:    (213) 239-9045

11 Attorneys for Defendant
   OfficeMax North America, Inc.
12 (formerly "OfficeMax, Inc.")

13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **EASTERN DISTRICT OF CALIFORNIA**
16

17
   MARK RICHARDS,                     )   Case No. 2:05-cv-0916 MCE (KJM)
18                                    )
                 Plaintiff,           )   **STIPULATION FOR DISMISSAL**
19                                    )   **WITH PREJUDICE; AND ORDER**
        v.                            )   **THEREON**
20                                    )
   OFFICEMAX, INC. and DOES 1 through 5, )  Courtroom:    3
21 inclusive,                         )   Judge:        Morrison C. England, Jr.
                                      )
22           Defendant.               )
                                      )
23

24
          **WHEREAS**, on or about April 7, 2005, Plaintiff Mark Richards (hereinafter
25
   referred to as "Plaintiff") filed a Complaint for Damages in the Sacramento County
26
   Superior Court against Defendant OfficeMax North America, Inc. (formerly "OfficeMax,
27
   Inc.", hereinafter referred to as "OfficeMax" or "Defendant"), Case No. 05AS01541,
28

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  alleging causes of action for (1) wrongful termination in violation of public policy; and
2  (2) retaliation in violation of the California Fair Employment and Housing Act ("FEHA");
3  **WHEREAS**, on May 9, 2005, Defendant timely removed Sacramento
4  Superior Court Case No. 05AS01541 to the United States District Court, Eastern District of
5  California, Case No. CIV-S-05-0916 MCE (KJM) (the "Lawsuit");
6  **WHEREAS**, counsel for Plaintiff and Defendant have discussed the merits of
7  the Lawsuit and have reached a resolution of this dispute by agreeing to enter into a
8  Confidential Settlement Agreement and General Release;
9  **WHEREAS**, the Parties have agreed to bear their own costs and attorneys'
10 fees in connection with this Lawsuit;
11 **IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant,
12 through their designated counsel of record, that this case be dismissed in its entirety, with
13 prejudice, pursuant to FRCP 41(a)(1).

Dated: March __, 2006          HENK LEONARD, A Professional Law
                               Corporation

                               By: _____
                                         Robert Henk

                               Attorneys for Plaintiff
                               Mark Richards

Dated: March __, 2006          OGLETREE, DEAKINS, NASH, SMOAK &
                               STEWART P.C.

                               By: _____
                                         Howard L. Magee

                               Attorneys for Defendant
                               OfficeMax North America, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

**IT IS SO ORDERED** that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1). The Parties to this action will bear their own costs and attorneys' fees.

Dated: March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com